UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| USDC SDNY | |
| DOCUMENT | |
| ELECTRONICALLY FILED | |
| DOC #:_____ | |
| DATE FILED: 7/20/2023 | |

KIRKPATRICK DUNBAR,

               Plaintiff,

        -against-

OJ STOP 1 DELI INC. and EL CARIBE
HOUSING DEVELOPMENT FUND COMPANY
INC.,

             Defendants.

1:23-cv-2472 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

     The Parties indicated on the Proposed Case Management Plan that they consent to conduct all further proceedings before a Magistrate Judge, including motions and trial. [ECF No. 15]. If that is the case, the parties should file a consent form on the docket. The form can be found by using the hyperlink in the Model Case Management Plan. If the parties do not consent to proceedings before a Magistrate Judge, please file a letter on the docket advising the Court of this update and file a revised Proposed Case Management Plan.

**SO ORDERED.**

**Date:   July 20, 2023**
     **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**